May Term, 1835.

TREADWAY
v.
DRYBREAD.

(1) Vide _The State Bank of Indiana_ v. _Brooks_, _May_ term, 1838, note.

---

THE STATE, on the relation of BROWN, v. LEWIS.—In error.

_Wednesday, May_ 27.

WHEN a justice of the peace binds a person in a recognisance to the Circuit Court to answer an accusation of bastardy, the original recognisance should be filed by the justice in the Circuit Court.

It is no objection to such a recognisance, that it is entered into by a third person and not by the party himself.

---

TREADWAY v. DRYBREAD.—In error.

_Wednesday, May_ 27.

SUIT by the assignee against the assignor of a promissory note. The plaintiff had obtained judgment against the maker, and sued out a _fieri facias_, which was returned _nulla bona_. _Held_, that as the plaintiff had held the note 14 months after it became due, before he brought the suit, and gave no satisfactory reason for the delay, he had been guilty of gross negligence, and ought not to recover against the assignor. _M'Kinney_ v. _M'Connel_, 1 Bibb, 239.—_M'Ginnis_ v. _Burton_, 3 _id._ 6.— _Campbell_ v. _Hopson_, 1 Marsh. 228.—_Merriman_ v. _Maple_, 2 Blackf. 350.